DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

ROOSEVELT CAYMAN ASSET COMPANY )
*Plaintiff(s)* )
v. )
ALEXANDER DIAZ POMALES; his wife )
KATHERINE TRENCHE SANTIAGO; and THE )
CONJUGAL PARTNERSHIP BETWEEN THEM )
*Defendant(s)* )

Civil Action No. 15-cv-01458-PAD

COLLECTION OF MONIES AND
FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ALEXANDER DIAZ POMALES
185-RD KM 14.3 Cedro Ward,
Carolina, PR 00986

HC 03 Box 8019
Canóvanas, PR 00729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES
BANCO POPULAR CENTER, SUITE 1022
209 MUÑOZ RIVERA AVE.
SAN JUAN, P.R. 00918
TEL. (787) 765-2988 / FAX. (787) 765-2973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 4/27/2015

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alexander Diaz Tomales
was received by me on *(date)* 5/11/2015 .

☒ I personally served the summons on the individual at *(place)* Carr 185 KM 14.2 Br. Cedro, Canovanas P.R. on *(date)* 5/14/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Alexander Diaz Tomalo , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 5/14/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/14/2015

*Server's signature*

Juan Espada, Legal Process Services
*Printed name and title*

P.O. Box 1913 Canovanas P.R. 00729
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| ROOSEVELT CAYMAN ASSET COMPANY <br> *Plaintiff(s)* <br> v. <br> ALEXANDER DIAZ POMALES; his wife KATHERINE TRENCHE SANTIAGO; and THE CONJUGAL PARTNERSHIP BETWEEN THEM <br> *Defendant(s)* | Civil Action No. 15-cv-01458-PAD <br><br> COLLECTION OF MONIES AND FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KATHERINE TRENCHE SANTIAGO

185-RD KM 14.3 Cedro Ward,  
Carolina, PR 00986

HC 03 Box 8019  
Canóvanas, PR 00729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES  
BANCO POPULAR CENTER, SUITE 1022  
209 MUÑOZ RIVERA AVE.  
SAN JUAN, P.R. 00918  
TEL. (787) 765-2988 / FAX. (787) 765-2973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*  
*CLERK OF COURT*

Date: 4/27/2015

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Katherine Trenche Santiago
was received by me on *(date)* 5/11/2015 .

☐ I personally served the summons on the individual at *(place)* Ave. Ponce De Leon 623 San Juan PR. on *(date)* 5/18/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Katherine Trenche Santiago , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 5/18/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/18/2015

Server's signature

Julio Estrada Legal Process Service
Printed name and title

PO. Box 1913 Canovanas PR 00729
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

ROOSEVELT CAYMAN ASSET COMPANY )
*Plaintiff(s)* )
 )
v. )    Civil Action No. 15-cv-01458-PAD
 )
ALEXANDER DIAZ POMALES; his wife )
KATHERINE TRENCHE SANTIAGO; and THE )    COLLECTION OF MONIES AND
CONJUGAL PARTNERSHIP BETWEEN THEM )    FORECLOSURE OF MORTGAGE
 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE CONJUGAL PARTNERSHIP between ALEXANDER DIAZ POMALES and KATHERINE
TRENCHE SANTIAGO

185-RD KM 14.3 Cedro Ward,            HC 03 Box 8019
Carolina, PR 00986                    Canóvanas, PR 00729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES
BANCO POPULAR CENTER, SUITE 1022
209 MUÑOZ RIVERA AVE.
SAN JUAN, P.R. 00918
TEL. (787) 765-2988 / FAX. (787) 765-2973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 4/27/2015

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4.)*

This summons for *(name of individual and title, if any)* The Conjugal Partnership Between Alexander Diaz Pomales And Cattherine Tverette Santiago

was received by me on *(date)* 5/11/2015 .

☐ I personally served the summons on the individual at *(place)* Cany 185 Km 14.2 Bo. Cedros Caurlina PR  on *(date)* 5/16/2015  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Alexander Diaz Pomales , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 5/14/2015  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/14/2015

_____
Server's signature

Julio Estrada Legal Process Services
Printed name and title

PO Box 1913 Canovanas PR 00729
Server's address

Additional information regarding attempted service, etc: