

*Este documento no constituye una póliza de Seguro de Título, por lo cual no es garantía alguna. Para su protección, debe obtener una póliza de Seguro de Título. La responsabilidad de esta entidad se limita a la cantidad pagada por el estudio.*

DATE: APRIL 9TH, 2015

CLIENT: SERGIO A. RAMÍREZ DE ARELLANO, ESQ.
R/B FRITSCHIELLA BATALLA

CASE: 8000001247 - ALEXANDER DÍAZ POMALES

PROPERTY: 51297 RECORDED AT PAGE 231 OF VOLUME 1191 OF CAROLINA, SECOND SECTION, REGISTRY OF THE PROPERTY OF CAROLINA.

DESCRIPTION:

*"RÚSTICA: Solar "A" del plano de inscripción, radicado en el Barrio Cedros, del término municipal de Carolina, Puerto Rico, con una cabida de 1008.932 metros cuadrados. En linderos: por el NORTE, José Matos en 37.087 metros; por el SUR, remanente de la finca de la cual se segrega en 35.130 metros; por el ESTE, con el solar "B" a dedicarse a uso público en 2 alineaciones que suman 23.315 metros; y por el OESTE, con remanente de donde se segregó en 33.953 metros."*

TRACT:

It is segregated from property number 49406, recorded at page 239 of volume 1139 de Carolina.

FEE SIMPLE:

Vested in favor of *Alexander Díaz Pomales and his wife Katherine Trenche Santiago*, who acquired the fee simple of this property by purchase from Luz Risex Mangual Matos married with Carlos Alberto Vélez Rodríguez by prenuptial agreement, for the price of $180,000.00, as per deed number 490 executed in San Juan on April 6th, 2005 before notary public Luis A. Archilla Díaz. Recorded at page 80 of volume 1354 of Carolina, property number 51297, 4th inscription. (864/365)

LIENS:

**By its provenance:** It is affected to Restrictive Covenants.

**By itself:**

MORTGAGE securing a mortgage note in favor of *Doral Financial Corporation h/n/c HF Mortgage Bankers*, or its assign, in the principal amount of $180,000.00 accruing interest at a 5 7/8% annual rate and due on April 1st, 2035; as per Deed 491 executed in San Juan on April 6th, 2005 before notary public Luis A. Archilla Díaz. Recorded at page 80 of volume 1354 of Carolina, property number 51297, 5th inscription. (865/365)

RUN:

State Attachments, Judgments and Federal Taxes, Law 216 (2010) and Daily Log (Electronic Data Bases and Ágora System, we are not responsible for errors and omissions under these electronic systems) for property number 51297 up to entry 721 of Diary 407 of Carolina II, today April 9th, 2015.
SGarcía/ln-m



-2- Property number 51297 of Carolina II

## SWORN

I hereby certify that the foregoing Title Search was prepared by Lex Terra Corp. based on a review of the books and records maintained at the Registry of Property of Carolina II, relative to property number 51297, recorded at Page 231 of Volume 1191 of Carolina. The report accurately and truthfully reflects the contents of said books and records, signed today __10th of July, 2015__.

SHEILA GARCIA BARRIOS

AFFIDAVIT: __3,772__

Sworn and subscribed by Sheila García Barrios, of legal age, President of Lex Terra Corp., title investigator, married and resident of San Juan, Puerto Rico, whom I personally know. In San Juan, Puerto Rico, today __10th day of July, 2015__.



NOTARY PUBLIC