IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROOSEVELT CAYMAN ASSET COMPANY,<br><br>**Plaintiff,**<br><br>v.<br><br>ALEXANDER DÍAZ-POMALES; his wife, KATHERINE TRENCHE-SANTIAGO; and THE CONJUGAL PARTNERSHIP BETWEEN THEM,<br><br>**Defendants.** | CIVIL NO. 15-1458 (PAD) |

**DEFAULT JUDGMENT**

Upon plaintiff Roosevelt Cayman Asset Company's application for judgment, and it appearing from the records of this case that default was entered against defendants Alexander Diaz-Pomales; his wife, Katherine Trenche-Santiago; and the Conjugal Partnership Diaz-Trenche, plaintiff is entitled to a judgment by default.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGE AND DECREED that:

1. Defendants Alexander Diaz-Pomales, Katherine Trenche-Santiago, and the Conjugal Partnership Diaz-Trenche, are ordered to pay plaintiff the following due as of June 8, 2015:

> $173,657.94 in principal, accrued interest, which continues to accrue until full payment of the debt at the rate of 5.88% *per annum*; accrued late charges and any other advance, charge, fee or disbursements made by plaintiff on behalf of defendants, in accordance with the mortgage deed, plus costs, and $18,000.00 in attorney's fees.

2. In default of the payment of the sums specified or of any part of them, within ten (10) days of the date of entry of this judgment, the following mortgaged property, described in the

Spanish language, shall be sold at public auction to the highest bidder, without an appraisal or right of redemption for the payment of plaintiff's mortgage within the limits secured by it:

> RÚSTICA: Solar "A" del plano de inscripción, radicado en el Barrio Cedros, del término municipal de Carolina, Puerto Rico, con una cabida de 1008.932 metros cuadrados. En linderos: por el NORTE, José Matos en 37.087 metros; por el SUR, remanente de la finca de la cual se segrega en 35.130 metros; por el ESTE, con el solar "B" a dedicarse a uso público en 2 alineaciones que suman 23.315 metros; y por el OESTE, con remanente de donde se segregó en 33.953 metros.
>
> Property number 51,297, recorded at page 80 of volume 1,354 of Carolina, Registry of the Property of Carolina, Second Section.

3. This court may appoint a Special Master to conduct the sale, but the Special Master shall not proceed to carry out the sale, or do anything in connection with it, until further order tom this court and under the form and conditions to be directed by the court.

4. The sale to be conducted by the appointed Special Master shall be subject to the confirmation by the court, and the purchaser or purchasers of the property shall be entitled to receive its possession. The minimum bid to be accepted at the first public sale in accordance with the mortgage deed is $180,000.00.

5. Any funds derived from the sale to be conducted in accordance with the terms of this judgment and such further orders of the court shall be applied as follows:

   a) To the payment of all proper expenses attendant upon the sale, including the expenses, outlays and compensation and expenses shall have been fixed and approved by the court, all expenses shall be deducted from the sum provided in the deed of mortgage for costs, charges and disbursements, expenses and attorney's fees.

   b) To the payment of all expenses or advances made by plaintiff.

   c) To the payment to plaintiff of the amounts due as of June 8, 2015 which amount to $173,657.94 in principal, accrued interest, which continues to accrue until full payment of the debt at the rate of 5.88% *per annum*; accrued late charges and any other advance, charge, fee or disbursements made by plaintiff on behalf of defendants, in accordance

    with the mortgage deed, plus costs, and $18,000.00 in attorney's fees.

d) If after making all those payments there is a surplus, it shall be delivered to the Clerk of the court, subject to further order of the court.

e) If after making all those payments there is a deficiency, plaintiff may seek further orders of the court to collect the deficiency form defendants.

6.      Plaintiff may apply to the court for such further orders, as it may deem advisable to its interest, in accordance with the terms of this judgment.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of August, 2015.

                                               s/Pedro A. Delgado-Hernández
                                               PEDRO A. DELGADO-HERNÁNDEZ
                                               United States District Judge